1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE JEFFREY T. MILLER)**

11  UNITED STATES OF AMERICA,          )  Case No. 07CR2848-JM
                                       )
12          Plaintiff,                 )
                                       )
13  v.                                 )  **ORDER GRANTING MOTION TO**
                                       )  **MODIFY CONDITIONS OF**
14  **WALTER VELASQUEZ-BARRERA,**      )  **PROBATION** [Docket No.28]
                                       )
15          Defendant.                 )
                                       )
16  _____  )

17

18          **IT IS HEREBY ORDERED** that the conditions of probation of the defendant, Walter Velasquez-

19  Barrera, be modified as follows:

20

21  **Condition 1:** Defendant has the Court's permission to travel outside the judicial district and the United States

22  between September 1, 2009 and March 1, 2010, for the purpose of pursuing employment with Airworks, Inc.

23  in Thailand.  The probation officer may extend the duration of this permission based on the duration of

24  Mr. Velasquez's employment with Airworks.  Regardless of when his employment with Airworks is

25  completed, Mr. Velasquez must report to his probation officer within 24 hours of his return to the United

26  States.

27  ///

28  ///

1 **Condition 2:** During the time of foreign residency while employed by Airworks, defendant shall not be

2 required to submit written reports.  Defendant shall periodically check in by telephone with probation at

3 intervals to be determined by the probation officer.

4          IT IS SO ORDERED.

5 DATED:  August 12, 2009

6                                                         _____
                                                          Hon. Jeffrey T. Miller
7                                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2                                        09CR2848-JM